# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150709

THOMAS GUASTELLO,
      Plaintiff-Appellant,

v

JEAN LAFON, JEANNE LAFON, and
JEAN A. LAFON REVOCABLE TRUST,
      Defendants-Appellees.

SC: 150709
COA: 313725
Macomb CC: 2011-000663-CH

_____/

     On order of the Court, the application for leave to appeal the September 23, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2015



Clerk

d0921